M. Caleb Meyer, Esq.
Nevada Bar No. 13379
Renee M. Finch, Esq.
Nevada Bar No. 13118
**MESSNER REEVES, LLP**
8945 West Russell Road, Suite 300
Las Vegas, NV 89148
Telephone:   (702) 363-5100
Facsimile:   (702) 363-5101
E-mail:        cmeyer@messner.com
                    rfinch@messner.com
*Attorneys for Defendant*
*State Farm Mutual Automobile Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN BLAISDELL,<br><br>               Plaintiffs,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois Corporation; DOES I-X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>               Defendants. | CASE NO: 3:23-cv-00636-MMD-CLB<br><br>**ORDER GRANTING STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, through its counsel of record, M. CALEB MEYER, ESQ. and RENEE M. FINCH, ESQ. of MESSNER REEVES LLP, and Plaintiff STEPHEN BLAISDELL, individually and by and through his counsel of record, ROBERT R. JENSEN, ESQ. of JENSEN PERSONAL INJURY LAW, that all claims against STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, arising out of Case No. 3:23-cv-00636-MMD-CLB, be dismissed with prejudice in its entirety, with each of the parties to bear their own attorney's fees and costs to this point in time, as the parties have agreed to refer this to Binding Arbitration.

IT IS FURTHER STIPULATED that all further proceedings relating to the Binding Arbitration be held under the Nevada Revised Statutes and in the Second Judicial District Court of the State of Nevada.

IT IS FURTHER STIPULATED that no trial is currently scheduled.

Dated this 9th day of October 2024.

**MESSNER REEVES, LLP**

 /s/ Renee M. Finch
M. Caleb Meyer, Esq.
Nevada Bar No. 13379
Renee M. Finch, Esq.
Nevada Bar No. 13118
8945 W. Russell Rd., Ste. 300
Las Vegas, NV 89148
*Attorneys for Defendant*

Dated this 9th day of October 2024.

**JENSEN PERSONAL INJURY LAW**

 /s/ Robert R. Jensen
Robert R. Jensen, Esq.
Nevada Bar No.: 2558
222 California Avenue
Reno, NV 89509
*Attorneys for Plaintiff*

IT IS SO ORDERED.

_____
United States District Court Judge

DATED: October 11, 2024